FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 24 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

V.                                               1:20-cr-00126-LMM-JSA-1

THOMAS ADDAQUAY

## NOTICE OF SENTENCING DATE

**TO THE ABOVE-NAMED DEFENDANT:**

By direction of the Honorable Leigh Martin May, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Northern District of Georgia on **Tuesday, January 31, 2023, at 10:00 AM**, Courtroom 2107, 75 Ted Turner Dr. S.W., Atlanta, Georgia 30303, for imposition of sentence. **You will receive no further notice.**

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction. (Room 900).

The parties are **DIRECTED** to file sentencing memorandums on CM/ECF five (5) business days prior to the sentencing hearing.

***Children under the age of thirteen (13) will not be permitted to attend the sentencing hearing without prior approval from the Court.**

DATE: October 24, 2022                          KEVIN P. WEIMER, CLERK

                                                s/ Brittany N. Poley
                                                Courtroom Deputy Clerk

Received by Defendant: _Thomas Addaquay_
Received by Counsel: _Rodney Wai (765415)_

**NOTE:** Any request for a continuance should be brought to the Court's attention as soon as possible by having your attorney contact Brittany Poley at Brittany_Poley@gand.uscourts.gov

☐ Plea       ☐ Trial              ☐ Nolo            ☐ Negotiated Plea
☐ Bond       ☐ Federal Custody    ☐ State Custody   ☐ USM Custody